1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   GEOFFREY D. WILSON
4  Assistant United States Attorney
   California State Bar #238577
5  JESSICA O. CHEH
   Assistant United States Attorney
6  California State Bar #254012
        Room 7516, Federal Building
7       300 North Los Angeles Street
        Los Angeles, California  90012
8       Telephone:  (213) 894-2420/0886
        Facsimile:  (213) 894-7819
9       Email: geoffrey.wilson@usdoj.gov
               jessica.cheh@usdoj.gov
10
   Attorneys for the United States of America
11

12                    UNITED STATES DISTRICT COURT

13                   CENTRAL DISTRICT OF CALIFORNIA

14                         SOUTHERN DIVISION

15  MARCO ANTONIO GARCIA et al.,   ) SA CV 09-01169 DOC (RNBx)
                                   )
16       Plaintiffs,                )
                                   ) [PROPOSED] PROTECTIVE ORDER
17       v.                        ) GOVERNING PRODUCTION AND
                                   ) USE OF DOCUMENTS PRODUCED
18  UNITED STATES OF AMERICA et al.,) IN THE CASE AND AUTHORIZING
                                   ) FEDERAL DEFENDANT TO
19       Defendants.                ) RELEASE DOCUMENTS
                                   ) PROTECTED BY THE PRIVACY
20                                 ) ACT AND/OR THE LAW
                                   ) ENFORCEMENT PRIVILEGE
21                                 )
                                   )
22                                 )
                                   ) Hon. Robert N. Block
23                                 )
                                   )
24  _____)

25

26

27

28

The Court has read and considered the Stipulation for Protective Order lodged on October 5, 2010 ("Stipulation") by the United States of America and Plaintiffs Marco Antonio Garcia ("MAG"), Maria Garcia, Marco Garcia, Jr., Jose Garcia, Norma Pena, Pablo Palomegue-Kunz, and Rolando Najarro ("Plaintiffs").

For the reasons set forth in the Stipulation and for good cause shown, the Court hereby APPROVES the Stipulation and ORDERS that any records and information which Federal Defendant is required to produce under Rules 26, 33, and 34 of the Federal Rules of Civil Procedure, but which are protected from disclosure under the Privacy Act, 5 U.S.C. § 552a(b), and/or the law enforcement privilege, shall be provided and used pursuant to and in accordance with the Stipulation.

SO ORDERED this 7th day of October, 2010.

ROBERT N. BLOCK
United States Magistrate Judge