NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MARCO ANTONIO GARCIA et al., | No. SA CV 09-1169 DOC (RNBx) |
| Plaintiffs, | |
| v. | JUDGMENT |
| UNITED STATES OF AMERICA, ET AL., | |
| Defendants. | |

This matter came on for a five-day bench trial commencing on February 3, 2012, and continuing through February 21, 2012 as to Plaintiffs Marco Antonio Garcia, Maria Garcia, Marco Garcia, Jr., Jose Garcia, Maximiliano Garcia, Norma Pena, Pablo Palomegue-Kunz, and Rolando Cesar Najarro's (together the "Plaintiffs") assault and battery claims ("Phase 1") against the United States under the Federal Tort Claims Act ("FTCA"). From July 27, 2015, through August 5, 2015, this Court conducted a simultaneous bench and jury trial regarding Marco Antonio Garcia's *Bivens* claim against ICE Special Agent Ray Escobar and Plaintiffs' false arrest/false imprisonment claims against the United States under the FTCA ("Phase 2").

On August 5, 2015, the jury reached a unanimous verdict in favor of individual defendant Special Agent Ray Escobar as to the *Bivens* portion of this case. (ECF No. 449.) On October 5, 2015, this Court found in favor of Defendant United States and against Plaintiffs Marco Antonio Garcia, Maria Garcia, Marco Garcia, Jr., Jose Garcia, Maximiliano Garcia, Norma Pena, Pablo Palomegue-Kunz, and Rolando Cesar Najarro as to all of the FTCA claims brought by all Plaintiffs against the United States. (ECF No. 463.)

Having considered the pleadings, the evidence presented and the credibility of the witnesses at both phases of trial, and in accordance with the Court's October 5, 2015, Order Re: Findings of Fact and Conclusions of Law, ECF No. 463, judgment is hereby entered for Federal Defendants.

Dated: October 7, 2015

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE